No. 508. COLLINS v. RISNER, DOING BUSINESS AS CAPITAL TRUCKING Co. C. A. 4th Cir. Certiorari denied. *Thomas E. McCutchen, Jr.* for petitioner.

No. 512. MONACO ET AL. v. WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harry A. Toulmin, Jr., F. E. Drummond* and *George W. Stengel* for petitioners. *Solicitor General Rankin* and *Assistant Attorney General Doub* for respondent.

No. 516. MARCAL PULP & PAPER, INC., v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Richard W. Wilson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Morton K. Rothschild* for respondent.

No. 477. KELLEY ET AL. v. BOARD OF EDUCATION OF THE CITY OF NASHVILLE ET AL. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN, although cognizant that the District Court retained jurisdiction of the action during the transition, would grant the petition for certiorari limited to the fourth question: whether the provisions of paragraphs four and five of the plan are constitutionally invalid for the reason that they "explicitly recognized race as an absolute ground for the transfer of students between schools, thereby perpetuating rather than limiting racial discrimination." *Z. Alexander Looby, Thurgood Marshall, Jack Greenberg, Constance Baker Motley* and *James M. Nabrit III* for petitioners. *Edwin F. Hunt* for respondents.